IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>vs. )<br>)<br>ANGELA LAVONNE LOSSIAH, )<br>          Defendant. )<br>and )<br>)<br>QUALLA HOUSING AUTHORITY, )<br>          Garnishee. ) | CASE NO. 2:99CR122-6-T<br>(Financial Litigation Unit) |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case on January 4, 2005, against the defendant Angela Lovonne Lossiah is DISMISSED.

Signed: November 13, 2006

Lacy H. Thornburg
United States District Judge